## STATE OF CONNECTICUT *v.* PATRICIA MURTY
### (AC 16058)

Lavery, Schaller and Cretella, Js.

Argued April 30—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* BRUCE S. BEATON
### (AC 15992)

Lavery, Schaller and Cretella, Js.

Argued April 30—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## DORETTA F. SENDER *v.* JOSEPH J. SENDER
### (AC 16232)

O'Connell, Lavery and Landau, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

## MAXIMINO RIVERA *v.* RICHARD BLUMENTHAL, ATTORNEY GENERAL, ET AL.
### (AC 16514)

O'Connell, Lavery and Landau, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.